UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMOLPORN LUMMAYOS, individually and as Parent and Natural Guardian of R.L., a student with a disability,
Plaintiffs,

-against-

KAMAR H. SAMUELS, et al.,
Defendants.

26-CV-03949 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

On October 6, 2026, the Court granted Plaintiff's request for an extension of time to file Plaintiff's Amended Complaint until October 6, 2026 (ECF 35). On October 7, the Court granted Plaintiff's second request for an extension of time to file Plaintiff's Amended Complaint until October 12, 2026 (ECF 37). To date, Plaintiff has not filed its Amended Complaint.

Accordingly, I am sua sponte extending Plaintiff's deadline to file its Amended Complaint nunc pro tunc until **5:00 PM on October 14, 2026**.

DATED: October 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge