UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAMOLPORN LUMMAYOS, individually and as Parent and Natural Guardian of R.L., a student with a disability,
Plaintiffs,

-against-

KAMAR H. SAMUELS, et al.,
Defendants.

26-CV-03949 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

In light of Plaintiff's filing of an amended complaint, Defendants' first motion to dismiss the original complaint (ECF 14) is terminated as moot. This ruling is without prejudice to Defendant's filing a motion to dismiss the amended complaint.

The Clerk of Court is respectfully requested to terminate ECF 14.

DATED: October 14, 2026
New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge