THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**ANN-MARIE TESAR**
*Assistant Corporation Counsel*
Phone: (212) 356-1106
atesar@law.nyc.gov
(not for service)

November 4, 2026

**BY ECF**
Hon. Robyn F. Tarnofsky
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Kamolporn Lummayos et al. v. Kamar H. Samuels et al.*
26-cv-03949-DEH-RFT

Your Honor:

I am an Assistant Corporation Counsel ("ACC") in the Office of the Corporation Counsel of the City of New York, attorney for Defendants Kamar H. Samuels, in his official capacity as Chancellor of the New York City Department of Education ("DOE"); the DOE; the Office of Administrative Trials and Hearings ("OATH"); Vilda Vera Mayuga, in her official capacity as Commissioner and Chief Administrative Law Judge of OATH; Noel R. Garcia, in his official capacity as Deputy Commissioner of OATH's Special Education Hearings Division; and William Stewart, in his official capacity as Assistant Commissioner of OATH's Special Education Hearings Division (collectively "City Defendants"), in the referenced matter.

I write to request a 7-day extension of time for City Defendants to respond to the Amended Complaint. Per the Court's order on October 7, 2026 (Dkt. No. 37), City Defendants' current due date to respond to the Amended Complaint is November 9, 2026. However, that due date was based on the Court's order that that Plaintiffs file the Amended Complaint by October 12, 2026.

*Id*. Plaintiffs did not file the Amended Complaint until October 14, 2026 (Dkt. Nos. 38-39) and due to a filing error, they filed again on October 19, 2026 (Dkt. No. 41). City Defendants request an extension until September 16, 2026. This is City Defendants' first request for an extension of time to respond to the Amended Complaint. The request for additional time is being made because the undersigned has been dealing with an illness, and because the undersigned needs additional time to review the Amended Complaint given Plaintiffs' late filing. Plaintiffs' counsel has agreed to this request. City Defendants respectfully request that the due date to any opposition to a motion to dismiss, which is currently December 9, 2026 per the Court's October 7 Order, be extended to December 14, 2026, and that any reply, which is currently due on December 23, 2026, be extended to January 6, 2026.

I thank the Court for its attention to this submission.

Respectfully submitted,

s/ Ann-Marie Tesar

Ann-Marie Tesar
Assistant Corporation Counsel

Application GRANTED. City Defendants shall respond to the Amended Complaint by **November 16, 2026**.

The Clerk of Court is respectfully requested to terminate ECF 43.

Dated: November 4, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE